JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. S.[1], an Individual, | Case No.: 5:19-01255 ADS |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1   In accordance with the Memorandum Opinion and Order, Dkt. No. 22, filed
2 concurrently herewith,
3   IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4 Social Security is affirmed, and this action is dismissed with prejudice.

6 DATE: February 25, 2021

```
                          /s/ Autumn D. Spaeth
                    THE HONORABLE AUTUMN D. SPAETH
                    United States Magistrate Judge
```